UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Abdifatah Hersi
                                Plaintiff,

v.                                            Case No.: 1:08−cv−00692
                                                Honorable Samuel Der−Yeghiayan

Ruth A. Dorochoff, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 06/11/08 at 9:00 a.m. Counsel for Plaintiff is advised that individual attorney appearances are to be filed in Federal Court. Plaintiff is further warned that failure to properly serve summons and complaint pursuant to FRCP 4 will result in a dismissal of this action. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.