| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☑ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery<br>MAR 2 6 2008 |
| 1. Article Addressed to:<br><br>Michael Chertoff, Secretary<br>Department of Homeland Security<br>c/o Office of General Counsel<br>Washington, DC 20528 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)       ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0004 0926 8164 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540