| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dmy h US ATTY_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): T DOYLE　C. Date of Delivery: 3-27-08 |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>219 S. Dearborn, 5th Floor<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0004 0926 8140 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540