UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDIFATAH HERSI ) | | |
| A078-775-426 ) | | |
| ) | | |
| Plaintiff, ) | | No. 08 C 692 |
| v. ) | | Judge Samuel Der-Yeghiayan |
| ) | | |
| RUTH A. DOROCHOFF, District ) | | |
| Director of the USCIS, ) | | |
| Department of Homeland ) | | |
| Security, *et al*., ) | | |
| ) | | |
| Defendants ) | | |

## MOTION TO DISMISS

Plaintiff, by his undersigned attorney, moves for dismissal of his complaint since all issues have been resolved and Mr. Hersi was sworn in as a naturalized citizen on June 30, 2008.

WHEREFORE, the Plaintiff prays that this matter be dismissed.

                                              Respectfully submitted,

                                              MARK S. DAVIDSON
                                              Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

**CERTIFICATE OF SERVICE**

I, Mark S. Davidson, hereby certify that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the above attached Motion to Dismiss (No. 08 C 692) was served on July 1, 2008 pursuant to the district court's ECF system to the following ECF filer:

Daniel M. Tardiff

Assistant United States Attorney

219 South Dearborn Street

Chicago, Illinois, 60604

                                                     By: s/Mark S. Davidson

MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000