UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDIFATAH HERSI<br>A078-775-426 | )<br>)<br>) | |
| Plaintiff, | ) | No. 08 C 692 |
| v. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| RUTH A. DOROCHOFF, District<br>Director of the USCIS,<br>Department of Homeland<br>Security, *et al*., | )<br>)<br>)<br>) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF ROUTINE MOTION

TO:

    Daniel M. Tardiff

    Assistant U.S. Attorney
    219 S. Dearborn St.
    Chicago, IL 60604

On July 8, 2008 at 9 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan in Courtroom 1903 at the United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL and present Plaintiff's **Motion to Dismiss Complaint for Mandamus.**

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

**PROOF OF SERVICE**

I, Mark Davidson, appearing on behalf of Plaintiff, certify that on July 1, 2008, I served a copy of this above captioned motion to dismiss to ECF filer Daniel M. Tardiff, Assistant U.S. Attorney, by way of the district court's ECF system.

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000