# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 692 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Hersi vs. Dorochoff | | |

**DOCKET ENTRY TEXT**

Defendant having been naturalized on 06/30/08, Plaintiff's motion to dismiss [15] is granted. The instant action is hereby dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|